**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ZURICH AMERICAN INSURANCE COMPANY, individually and as subrogee of Intech Construction, LLC**<br><br>v.<br><br>**AMERICAN FIRE AND CASUALTY COMPANY and R. PALMIERI ELECTRICAL CONTRACTORS, INC.** | CIVIL ACTION<br><br>NO. 2:16-cv-02794 |

**STIPULATION OF DISMISSAL**

The parties to this action, by their undersigned counsel, having amicably resolved the claims and causes of action in the above captioned lawsuit, hereby stipulate pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) as follows:

1. Zurich American Insurance Company's claims against American Fire and Casualty Company are hereby dismissed with prejudice and without costs to any party;
2. Zurich American Insurance Company's claims against R. Palmieri Electrical Contractors, Inc. for reimbursement of defense costs associated with the defense of Intech Construction, LLC in the civil action, *Salvatore DeLuca v. Intech Construction, LLC*,[1] Philadelphia County C.C.P., October Term, 2015, No. 01005, are hereby dismissed with prejudice and without costs to any party; and
3. All other claims by Zurich American Insurance Company against R. Palmieri Electrical Contractors, Inc. are hereby dismissed without prejudice.

[1] Improperly identified in the caption of that civil action as "Intech Construction, Inc."

So Stipulated:

LOUIS A. BOVE, ESQUIRE
REX. F. BRIEN, ESQUIRE
**BODELL BOVE, LLC**
1845 Walnut Street, Suite 1100
Philadelphia, PA 19103
Tel: (215) 864-6600
Fax: (215) 864-6610
lbove@bodellbove.com
*Attorney(s) for Plaintiff, Zurich American Insurance Company*

PHILIP C. WARHOLIC, ESQUIRE
MARSHALL POTASHNER, ESQ. (PRO HAC VICE)
**JAFFE & ASHER, LLP**
2041 Springwood Road
York, PA 17403
717-801-1523
pwarholic@jaffeandasher.com
*Attorneys for Defendant, American Fire and Casualty Company*

JONATHAN A. CASS, ESQUIRE
MICHAEL METZ-TOPODAS, ESQUIRE
**COHEN SEGLIAS PALLAS GREENHALL & FURMAN, P.C.**
30 South 17th Street, 19th Floor
Philadelphia, PA 19103
215-564-1700
gpallas@cohenseglias.com
mmetz-topodas@cohenseglias.com
*Attorneys for Defendant, R. Palmieri Electrical Contractors, Inc.*